# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Trustees of Sheet Metal Local #10 Control
Board Trust Fund,

           Plaintiff,

vs.

Suburban Air Conditioning Company,

           Defendant.

Civil No. 08-5260 (RHK/JJK)

**ORDER FOR DISMISSAL**

---

Pursuant to the parties' Notice of Voluntary Dismissal (Doc. No. 7), **IT IS ORDERED** that this matter is hereby **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

Dated: November 13, 2008

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge